# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fitzroy Atwell<br>      Sharon Atwell<br>                Debtors | CHAPTER 13<br><br>BKY. NO. 16-15878 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of J.P. Morgan Chase as Servicer for Bank of America, N.A, and index same on the master mailing list.

Re: Loan # Ending In: 3545

                                              Respectfully submitted,

                                              **/s/Joshua I. Goldman , Esquire**
                                              Joshua I. Goldman, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406