**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| SHARON ATWELL | : | BK. No. 16-15878 AMC |
| FITZROY ATWELL | : | |
| Debtors | : | Chapter No. 12 |
| | : | |
| TOYOTA MOTOR CREDIT CORPORATION | : | |
| Movant | : | |
| v. | : | |
| SHARON ATWELL | : | |
| FITZROY ATWELL | : | |
| Respondents | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below was made by sending a true and correct copy of the Objection of **TOYOTA MOTOR CREDIT CORPORATION**, to Debtors' Chapter 12 Plan pursuant to the above-captioned bankruptcy case by first-class mail or by electronic means on September 26, 2016.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

SHARON ATWELL
6523 W. Girard Avenue
PHILADELPHIA, PA 19151

RAYMOND M KEMPINSKI, ESQUIRE
1700 Market Street, Suite 1005
Philadelphia, PA 19103

FITZROY ATWELL
6523 W. Girard Avenue
PHILADELPHIA, PA 19151

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

    Respectfully submitted,

    /s/ Joseph P. Schalk, Esquire
    Joseph P. Schalk, Esq., Id. No.91656
    Phelan Hallinan Diamond & Jones, LLP
    1617 JFK Boulevard, Suite 1400
    One Penn Center Plaza
    Philadelphia, PA 19103
    Phone Number: 215-563-7000 Ext 37365
    Fax Number: 215-568-7616

Dated: September 26, 2016    Email: joseph.schalk@phelanhallinan.com