# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sharon Atwell<br>        Fitzroy Atwell<br>                  <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-15878 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT, and index same on the master mailing list.

Re: Loan # Ending In: 4904

                                                           Respectfully submitted,

                                                           **/s/Brian Nicholas, Esquire**
                                                           Brian Nicholas, Esquire
                                                           Thomas Puleo, Esquire
                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106-1532
                                                           (215) 627-1322  FAX (215) 627-7734