## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ) | | CHAPTER 13 |
| ) | | |
| SHARON ATWELL ) | | |
| and FITZROY ATWELL, ) | | |
| Debtors ) | | CASE NO. : 16-15878-AMC |
| ) | | |
| CAPITAL ONE AUTO FINANCE, ) | | **HEARING DATE:** |
| A DIVISION OF CAPITAL ONE N.A. ) | | Tuesday, February 7, 2017 |
| Movant ) | | 11:00 a.m. |
| ) | | |
| vs. ) | | **LOCATION**: |
| ) | | U.S. Bankruptcy Court |
| SHARON ATWELL and FITZROY ATWELL ) | | Eastern District of Pennsylvania |
| Respondents ) | | Courtroom No. 5 |
| ) | | 900 Market Street |
| and ) | | Philadelphia, PA 19107 |
| WILLIAM C. MILLER ) | | |
| Trustee ) | | |

## ORDER

AND NOW, this      day of                   , 2017, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2006 CHEVROLET TRUCK Uplander-V6 Extended Wagon 4D LT, V.I.N. 1GNDX33L76D214321) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: February 9, 2017**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Sharon Atwell
Fitzroy Atwell
6523 W. Girard Avenue
Philadelphia, PA 19151

Raymond M. Kempinski, Esquire
Law Office of Raymond Kempinski
1700 Market Street, Suite 1005
Philadelphia, PA 19103

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107