United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-15878-amc
Sharon Atwell                                                   Chapter 13
Fitzroy Atwell
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 1            Date Rcvd: Feb 09, 2017
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.
db/jdb         +Sharon Atwell,    Fitzroy Atwell,    6523 W. Girard Avenue,    Philadelphia, PA 19151-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Sharon  Atwell ray@colemankempinski.com,
               ray@colemankempinski.com
              RAYMOND M. KEMPINSKI    on behalf of Joint Debtor Fitzroy  Atwell ray@colemankempinski.com,
               ray@colemankempinski.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHARON ATWELL | ) | |
| and FITZROY ATWELL, | ) | |
| Debtors | ) | CASE NO. : 16-15878-AMC |
| _____ | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | **HEARING DATE:** |
| A DIVISION OF CAPITAL ONE N.A. | ) | Tuesday, February 7, 2017 |
| Movant | ) | 11:00 a.m. |
| | ) | |
| vs. | ) | **LOCATION**: |
| | ) | U.S. Bankruptcy Court |
| SHARON ATWELL and FITZROY ATWELL | ) | Eastern District of Pennsylvania |
| Respondents | ) | Courtroom No. 5 |
| | ) | 900 Market Street |
| and | ) | Philadelphia, PA 19107 |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

## ORDER

AND NOW, this     day of                , 2017, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2006 CHEVROLET TRUCK Uplander-V6 Extended Wagon 4D LT, V.I.N. 1GNDX33L76D214321) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: February 9, 2017**

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Sharon Atwell
Fitzroy Atwell
6523 W. Girard Avenue
Philadelphia, PA 19151

Raymond M. Kempinski, Esquire
Law Office of Raymond Kempinski
1700 Market Street, Suite 1005
Philadelphia, PA 19103

William C. Miller, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107