## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| SHARON ATWELL | : | |
| FITZROY ATWELL | : | |
| | : | |
| Debtors | : | Bankruptcy No. 16-15878 AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor, and all creditors and parties-in-interest, and good cause having been shown,

IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,000.00, and reimbursement of expenses, in the amount of $365.00, are ALLOWED, and the Standing Trustee shall disburse $2,000.00 of such amount to counsel for Debtor in accordance with the terms of Debtor's Chapter 13 Plan.

Dated: **May 9, 2017**

_____
United States Bankruptcy Judge

cc:  Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103

William C. Miller
Chapter 13 Trustee
111 S Independence Mall, Suite 583
Philadelphia, PA 19106