United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-15878-amc
Sharon Atwell                                                           Chapter 13
Fitzroy Atwell
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 09, 2017
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2017.
db/jdb          +Sharon Atwell,    Fitzroy Atwell,    6523 W. Girard Avenue,    Philadelphia, PA 19151-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2017 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity, but solely as legal title trustee for BCAT 2016-18TT
         bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
         jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
        JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
         individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
        RAYMOND M. KEMPINSKI    on behalf of Attorney Raymond  Kempinski ray@colemankempinski.com,
         ray@colemankempinski.com
        RAYMOND M. KEMPINSKI    on behalf of Debtor Sharon  Atwell ray@colemankempinski.com,
         ray@colemankempinski.com
        RAYMOND M. KEMPINSKI    on behalf of Joint Debtor Fitzroy  Atwell ray@colemankempinski.com,
         ray@colemankempinski.com
        THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
         capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                          TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| SHARON ATWELL | : | |
| FITZROY ATWELL | : | |
| | : | |
| Debtors | : | Bankruptcy No. 16-15878 AMC |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Counsel for Debtor (the "Application"), and after notice and an opportunity to be heard having been given to the United States Trustee, the Standing Trustee, Debtor, and all creditors and parties-in-interest, and good cause having been shown,

IT IS ORDERED THAT:

1. The Application is APPROVED; and

2. Compensation for professional services rendered, in the amount of $3,000.00, and reimbursement of expenses, in the amount of $365.00, are ALLOWED, and the Standing Trustee shall disburse $2,000.00 of such amount to counsel for Debtor in accordance with the terms of Debtor's Chapter 13 Plan.

Dated: **May 9, 2017**

_____
United States Bankruptcy Judge

cc: Raymond Kempinski
1700 Market Street
Suite 1005
Philadelphia, PA 19103

William C. Miller
Chapter 13 Trustee
111 S Independence Mall, Suite 583
Philadelphia, PA 19106