United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-15878-amc
Sharon Atwell                                                               Chapter 13
Fitzroy Atwell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jun 08, 2017
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13808166       +E-mail/PDF: cbp@onemainfinancial.com Jun 09 2017 00:51:42     ONEMAIN,    605 MUNN ROAD,
                 FT. MILL, SC 29715-8421
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Sharon  Atwell ray@colemankempinski.com,
               ray@colemankempinski.com
              RAYMOND M. KEMPINSKI    on behalf of Joint Debtor Fitzroy  Atwell ray@colemankempinski.com,
               ray@colemankempinski.com
              RAYMOND M. KEMPINSKI    on behalf of Attorney Raymond  Kempinski ray@colemankempinski.com,
               ray@colemankempinski.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 12

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-15878-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sharon Atwell
6523 W. Girard Avenue
Philadelphia PA 19151

Fitzroy Atwell
6523 W. Girard Avenue
Philadelphia PA 19151

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/07/2017.

Name and Address of Alleged Transferor(s):

Claim No. 3: ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/10/17

Tim McGrath
**CLERK OF THE COURT**