# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fitzroy Atwell<br>&<br>Sharon Atwell<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-15878 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Selene Finance LP as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT and index same on the master mailing list.

     Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734