# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 16-15878-AMC

SHARON ATWELL
FITZROY ATWELL
6523 W. GIRARD AVENUE

PHILADELPHIA, PA 19151

            Debtor

## CERTIFICATE OF SERVICE

       **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

SHARON ATWELL
FITZROY ATWELL
6523 W. GIRARD AVENUE

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

RAYMOND M KEMPINSKI

123 S. BROAD ST., STE 1400
PHILADELPHIA, PA 19109-

                                  /S/ William C. Miller

Date: 7/30/2018

                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee