**Response To Motion**

August 3, 2018

**Bankruptcy No. 16-15878-AMC**

Fitzroy Atwell
Sharon Atwell

We are requesting a hearing to plead our case to **NOT** have our Chapter 13 bankruptcy dismissed.
Our June 2018 payment was returned to us by United States Postal Service marked "insufficient address". This has never happened before, and we don't know why it happened. We sent documentation to our Trustee explaining the return envelope from USPS and a copy of our money order receipt with the date that we purchased the money order and mailed it. I have enclosed those documents with this correspondence.

Thank you.

Fitzroy Atwell
Sharon Atwell


Atwell
6523 W. Girard Avenue
Philadelphia, Pa 19151
215-370-4768
267-292-4337















U.S. POSTAGE PAID
PHILADELPHIA
19104
JUL 01, 18
AMOUNT
$24.
R2305H120327

1007 38101

# PRIORITY ★ MAIL ★ EXPRESS™

OUR FASTEST SERVICE I

RETURN TO SENDER
OPERATOR # 1106

INSUFFICIENT ADDRESS

EL 589853584 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)

[ ] SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) ... Purchases additional insurance; OR 3) Purchases COD service ... If the box is not checked, the Postal Service will leave the item in the addressee's ... to obtain the addressee's signature on delivery.

Delivery Options

[ ] No Saturday Delivery (delivered next business day)
[ ] Sunday/Holiday Delivery Required (additional fee, where available*)
[ ] 10:30 AM Delivery Required (additional fee, where available*)
Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

* For pickup or USPS tracking™, visit USPS.com or call 800-222-1811.
* $100.00 insurance included.

ONAL USE

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS

ORIGIN (POSTAL SERVICE USE ONLY)

DELIVERY (POSTAL SERVICE USE ONLY)

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE

This envelope is made from post-consumer waste. Please recycle - again.

WESTERN UNION

WESTERN UNION FINANCIAL SERWCES INC. - ISSUER Englewood, Co}orado
payaNe at Wegs Fargo Juneion - Do-mitown, N.A. Grand Junction. Com-do

MONEY ORDER

17-767293902

4-75/7 /.amc

A 238144 063018
T 1305 04
177672939020 L 000421

$ 400.00

[redacted]

PAY EXACTLY FOUR HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF William C. Miller

PAYMENT FOR/ACCT. #

PURCHASER'S ADDRESS Atwell - 6539 W. Girard Ave. Pa 19151

PURCHASER'S SIGNATURE

r. bo a boou.ooa:

LOAD THIS DIRECTION, THIS SIDE UP

## MONEY ORDER RECEIPT - NON NEGOTIABLE

There's a better way to send cash!
Download the Western Union app and click pay in cash!

AGT 238144 LOC 000421 DT 063018 $400.00 4HUNDREDDOLLARS AND NO CENTS

Payable to: __________

RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-[illegible].

* 1 7 7 6 7 2 9 3 9 0 2 *

LOAD THIS DIRECTION, THIS SIDE UP

