United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 16-15878-amc
Sharon Atwell                                                          Chapter 13
Fitzroy Atwell
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 08, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db/jdb         +Sharon Atwell,    Fitzroy Atwell,    6523 W. Girard Avenue,    Philadelphia, PA 19151-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
              RAYMOND M. KEMPINSKI    on behalf of Attorney Raymond  Kempinski raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Debtor Sharon  Atwell raykemp1006@gmail.com,
               raykemp1006@gmail.com
              RAYMOND M. KEMPINSKI    on behalf of Joint Debtor Fitzroy  Atwell raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Sharon  Atwell r.mcneil1@verizon.net
              RONALD G. MCNEIL    on behalf of Joint Debtor Fitzroy  Atwell r.mcneil1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 16

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Fitzroy Atwell<br>Sharon Atwell<br>              Debtors | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT<br>              Movant<br>vs. | NO. 16-15878 AMC |
| Fitzroy Atwell<br>Sharon Atwell<br>              Debtors | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>              Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages referenced in the motion have been cured, and Debtor(s) is/are current on post-petition loan payments through March 2019.

2. Debtor(s) shall maintain post-petition contractual monthly loan payments due to Movant going forward, beginning with the payment due April 1, 2018 in the amount of $947.27.

3. In the event that the payments under Section 2 above are not tendered, the Movant shall notify Debtor(s) and Debtor(s) attorney of the default in writing and the Debtor(s) may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant immediate relief from the automatic stay, under which the stay provided by Bankruptcy Rule 4001(a)(3) is waived.

4. The stay provided by Bankruptcy Rule 4001(a)(3) is waived with respect to any Court Order approving of this stipulation and/or ordering relief per the terms agreed upon herein.

5. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

6. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

Date:   April 3, 2019

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: April 9, 2019

Ronald G. McNeil, Esquire
Attorney for Debtors

Date: 4-11-19

JACK William C. Miller, Esquire
Chapter 13 Trustee
NO objection

Approved by the Court this _____ day of _____, 2019. However, the court retains discretion regarding entry of any further order.

**Date: May 8, 2019**

Bankruptcy Judge
Ashely M. Chan