# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Fitzroy Atwell<br>Sharon Atwell<br><u>Debtors</u><br><br>Toyota Motor Credit Corporation<br><u>Movant</u><br>vs.<br><br>Fitzroy Atwell<br>Sharon Atwell<br><u>Debtors</u><br><br>William C. Miller Esq.<br><u>Trustee</u> | CHAPTER 13<br>BK NO: 16-15878 AMC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to August 30, 2019.

By the court:

_____
United States Bankruptcy Judge

Dated:   **August 7, 2019**