United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharon Atwell
Fitzroy Atwell
    Debtors

Case No. 16-15878-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Aug 07, 2019
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
db/jdb    +Sharon Atwell,   Fitzroy Atwell,   6523 W. Girard Avenue,   Philadelphia, PA 19151-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
    ANDREW SPIVACK   on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
    BRIAN CRAIG NICHOLAS   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
    JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com
    JEROME B. BLANK   on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
    JOSHUA ISAAC GOLDMAN   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
    RAYMOND M. KEMPINSKI   on behalf of Attorney Raymond Kempinski raykemp1006@gmail.com, raykemp1006@gmail.com
    RAYMOND M. KEMPINSKI   on behalf of Debtor Sharon Atwell raykemp1006@gmail.com, raykemp1006@gmail.com
    RAYMOND M. KEMPINSKI   on behalf of Joint Debtor Fitzroy Atwell raykemp1006@gmail.com, raykemp1006@gmail.com
    REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
    RONALD G. MCNEIL   on behalf of Debtor Sharon Atwell r.mcneil1@verizon.net
    RONALD G. MCNEIL   on behalf of Joint Debtor Fitzroy Atwell r.mcneil1@verizon.net
    THOMAS I. PULEO   on behalf of Creditor   U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
    TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Fitzroy Atwell<br>Sharon Atwell<br>　　　　　Debtors<br><br>Toyota Motor Credit Corporation<br>　　　　　Movant<br>　　vs.<br><br>Fitzroy Atwell<br>Sharon Atwell<br>　　　　　Debtors<br><br>William C. Miller Esq.<br>　　　　　Trustee | CHAPTER 13<br>BK NO: 16-15878 AMC |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Motion requesting extension, it is hereby;

ORDERED that the deadline to file the Stipulation be extended to August 30, 2019.

By the court: _____
United States Bankruptcy Judge

Dated: **August 7, 2019**