# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Fitzroy Atwell<br>          Sharon Atwell<br>                    Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>                    Movant<br>          vs.<br>Fitzroy Atwell<br>Sharon Atwell<br>                    Debtors | NO. 16-15878 AMC |
| William C. Miller, Esquire<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of Toyota Motor Credit Corporation, which was filed with the Court on or about June 5, 2019 (Document No. 67).

                                          Respectfully submitted,

                                          **/s/ Kevin G. McDonald, Esquire**
                                          Kevin G. McDonald, Esquire
                                          Attorney for Movant
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          215-627-1322

August 23, 2019