United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sharon Atwell
Fitzroy Atwell
    Debtors

Case No. 16-15878-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia    Page 1 of 1    Date Rcvd: Apr 07, 2020
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db/jdb     +Sharon Atwell,    Fitzroy Atwell,    6523 W. Girard Avenue,    Philadelphia, PA 19151-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
         BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
          individual capacity, but solely as legal title trustee for BCAT 2016-18TT
          bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
         JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
          individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
         RAYMOND M. KEMPINSKI    on behalf of Attorney Raymond   Kempinski raykemp1006@gmail.com,
          raykemp1006@gmail.com
         RAYMOND M. KEMPINSKI    on behalf of Debtor Sharon   Atwell raykemp1006@gmail.com,
          raykemp1006@gmail.com
         RAYMOND M. KEMPINSKI    on behalf of Joint Debtor Fitzroy   Atwell raykemp1006@gmail.com,
          raykemp1006@gmail.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
          individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
         RONALD G. MCNEIL    on behalf of Debtor Sharon   Atwell r.mcneil1@verizon.net
         RONALD G. MCNEIL    on behalf of Joint Debtor Fitzroy   Atwell r.mcneil1@verizon.net
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
          capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                            TOTAL: 18

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Fitzroy Atwell<br>Sharon Atwell<br>　　　　　　　Debtors | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>vs. | NO. 16-15878 AMC |
| Fitzroy Atwell<br>Sharon Atwell<br>　　　　　　　Debtors | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>　　　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the loan held by the Movant on the Debtor's vehicle is **$470.29,** which breaks down as follows;

| Post-Petition Payments: | February 27, 2020 at $470.29/month |
|---|---|
| **Total Post-Petition Arrears** | **$470.29** |

2. The Debtor(s) shall cure said arrearages in the following manner;

   a). Beginning on March 27, 2020 and continuing through August 27, 2020 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$470.29** on the vehicle (or as adjusted pursuant to the terms of the vehicle) on or before the twenty-seventh (27th) day of each month, plus an installment payment of **$78.39 from March 27, 2020 to July 27, 2020 and $78.34 for August 27, 2020** towards the arrearages on or before the last day of each month at the address below;

   TMCC
   P.O. BOX 5855
   CAROL STREAM, IL 60197-5855

   b). Maintenance of current monthly vehicle payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the vehicle and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: March 5, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: April 6, 2020

Ronald G. McNeil, Esquire
Attorney for Debtors

Date: April 6, 2020

/s/ Jack Miller, Esquire, for *
William C. Miller, Esquire
Chapter 13 Trustee

*No objection to its terms, without prejudice to any of our rights and remedies

Approved by the Court this ____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: April 7, 2020**

Bankruptcy Judge
Ashely M. Chan