UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                                          Case No. 16 - 15878
Sharon & Fitzroy Atwell                                              (Chapter 13)
Debtors.

Hon. Ashely M. Chan

## PRAECIPE TO WITHDRAW/ENTER APPEARANCE

To The Clerk:

Pursuant to Local Rule 2091-1 of the Federal Rules of Bankruptcy Procedure, please withdraw and enter the undersigned attorneys in the above-captioned matter.

### WITHDRAWAL OF APPEARANCE

To The Clerk:

Kindly withdraw of record the Appearance of the undersigned counsel on behalf of Debtor in the above-captioned matter.

Respectfully submitted,

/s/ Raymond Kempinski
Raymond M. Kempinski, Esquire
Former Attorney for Debtor
DATE: June 19, 2020

### ENTRY OF APPEARANCE

To The Clerk:

Kindly enter of record the Appearance of the undersigned counsel on behalf of Debtor in the above-captioned matter.

Respectfully submitted,

Ronald G. McNeil, Esquire
Attorney for Debtor
DATE: June 19, 2020