UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|   |   |   |
|---|---|---|
| | : | |
| In re | : | Case No.  16 - 15878 |
| Sharon & Fitzroy Atwell | : | (Chapter 13) |
| Debtors. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF NO OBJECTION

Pursuant to Local Rule 9014-3(k) of the Local Bankruptcy Rules for the Eastern

District of Pennsylvania, I, Ronald G. McNeil, Esquire, certify that a true and correct

copy of Debtors' Motion to Sell Property Free and Clear of Liens and its Notice of

Motion were served upon all interested parties via the internet, via hand delivery and/or

via first class postage prepaid on June 17, 2020, that more than fourteen (14) days have

past since the service of this notice, and that no answer and/or objection has been filed.

Respectfully submitted,

 /s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtors
DATE: July 11, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
    r.mcneil1@verizon.net