United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sharon Atwell  
Fitzroy Atwell  
    Debtors

Case No. 16-15878-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Jul 14, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2020.
db/jdb          +Sharon Atwell,   Fitzroy Atwell,   6523 W. Girard Avenue,   Philadelphia, PA 19151-3720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2020 at the address(es) listed below:
      ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as legal title trustee for BCAT 2016-18TT
       bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
       jschwartz@mesterschwartz.com
      JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      JOSHUA I. GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. Josh.Goldman@padgettlawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, not in its individual
       capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, not in its
       individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com
      RONALD G. MCNEIL    on behalf of Debtor Sharon  Atwell r.mcneil1@verizon.net
      RONALD G. MCNEIL    on behalf of Joint Debtor Fitzroy  Atwell r.mcneil1@verizon.net
      THOMAS I. PULEO    on behalf of Creditor    U.S. Bank National Association, not in its individual
       capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                 TOTAL: 15

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 15878 |
| Sharon & Fitzroy Atwell | : | (Chapter 13) |
| Debtors. | : | |
|  | : | Hon. Ashely M. Chan |
|  | : | |

# ORDER

    AND NOW, upon consideration of Debtors' Motion to Sell Property Free and Clear of Liens, upon notice to all interested parties, upon the filing, and any responses thereto, and after a hearing before the Court and for good cause shown

    Having considered the Motion and all related objections and filings, and evidence submitted by the parties,

THE COURT FINDS THAT:
1. Notice of the Motion was proper and adequate.
2. The Buyer, Mustaphe Omar (the "Buyer"), acted good faith and are entitled to the protections of Section 363(m) of the Bankruptcy Code.

    Based on the foregoing and the findings and conclusions in the record, and good cause appearing therefore,

    IT IS HEREBY ORDERED THAT:

a) The notice of the Motion and the hearing thereon is approved as proper and adequate under the circumstances;

b) The Motion to Sell is GRANTED and the sale to Buyer is APPROVED;

c) Debtors are authorized to sell 862 North 47th Street in the City and County of Philadelphia, within the Commonwealth of Pennsylvania 19139-1805 ("Property") described in the Agreement for Sale of Real Estate (the "Purchase Agreement") to the Buyer;

    d)    The Purchase Agreement is hereby and appropriately modified by the following paragraphs;

    e)    Buyer shall pay $55,000.00 for the Property and shall pay all of the appropriate closing costs and settlement fees;

    f)    In addition and at closing, Debtors shall satisfy their Chapter 13 Plan; and

    g)    Pursuant to Section 363(f) of the Bankruptcy Code, effective upon closing, the sale of the property will vest in the Buyer all right, title and interest of the Debtor and the bankruptcy estate in the property described in the Purchase Agreement, free and clear of the following liens, claims or interests: (1) the claims of creditors listed on Debtors' bankruptcy schedules, and (2) the claims by parties who have filed claims or requests for special notice with the Court, provided the parties do not assert a lien or interest in the property.

The title clerk shall fax a completed HUD-l or settlement sheet from the closing directly to the Office of the Chapter 13 Standing Trustee, William C. Miller, Esquire, immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of their approval or objections to the sums to be disbursed. Upon Trustee's approval, the title clerk shall complete closing.

DATE:                                                      BY THE COURT:

**Date: July 14, 2020**

                                                                               Hon. Ashely M. Chan
                                                                               U.S. Bankruptcy Judge

Copies to:
Debtors: Fitzroy A. & Sharon D. Atwell
Debtors' Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Creditors: