UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Case No.  16 - 15878 |
| Sharon & Fitzroy Atwell | : | (Chapter 13) |
| Debtors. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

## CERTIFICATE OF NO RESPONSE

Pursuant to Local Rule 2016-1(f) of the Federal Rules for Bankruptcy

Procedure for the Eastern District of Pennsylvania, I, Ronald G. McNeil, Esquire,

certify that a true and correct copy of the Notice of Debtors' Counsel Application

for Counsel Fees was served upon all interested parties via electronic means, via

hand delivery and/or via first class postage prepaid on July 2, 2020, that more

than twenty-one (21) days have past since the service of this notice, and that no

answer and/or objection has been filed.

Respectfully submitted,

/s/ Ronald G. McNeil
Ronald G. McNeil, Esquire
Attorney for Debtors
DATE: July 26, 2020
1333 Race Street
Philadelphia, PA  19107-1585
(215) 564 - 3999 (t)
(215) 564 - 3537 (fx)
r.mcneil1@verizon.net