UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 16 - 15878 |
| Sharon & Fitzroy Atwell | : | (Chapter 13) |
| Debtors. | : | |
|  | : | Hon. Ashely M. Chan |
|  | : | |

# ORDER

AND NOW, upon consideration of Debtors' Attorney Application for Allowance of Counsel Fees, and any responses thereto, it is hereby ORDERED that

a)  Debtors' Attorney Application for Allowance of Counsel Fees is GRANTED;

b)  Compensation is ALLOWED in favor of Applicant in the amount of $400.00 for his services and of $200.46 for un-reimbursed expenses; and

c)  The Chapter 13 Trustee is authorize to distribute to Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b), and 11 U.S.C. § 330(a)(4)(B), the allowed compensation set forth in section (b).

DATE:                                                                                           BY THE COURT:

**Date: July 29, 2020**                                                          Hon. Ashely M. Chan
U.S. Bankruptcy Judge