Certificate Number: 15317-PAE-DE-034735456

Bankruptcy Case Number: 16-15878



15317-PAE-DE-034735456

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2020</u>, at <u>4:48</u> o'clock <u>PM PDT</u>, <u>Sharon D Atwell</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 3, 2020</u>          By:   <u>/s/Rose Benito</u>

Name:   <u>Rose Benito</u>

Title:   <u>Counselor</u>