Certificate Number: 15317-PAE-DE-034735458

Bankruptcy Case Number: 16-15878



15317-PAE-DE-034735458

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>August 3, 2020</u>, at <u>4:48</u> o'clock <u>PM PDT</u>, <u>Fitzroy A Atwell</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 3, 2020</u>          By:    <u>/s/Rose Benito</u>

                                     Name:  <u>Rose Benito</u>

                                     Title: <u>Counselor</u>