B2830 (Form 2830) (04/19)

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

In re                                          :    Case No. 16 - 15878
Sharon & Fitzroy Atwell          :                 (Chapter 13)
                    Debtors.          :
                                                   :    Hon. Ashely M. Chan

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations* (check no more than one)
Pursuant to 11 U.S.C. Section 1328(a), I certify that:

[x]   I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

[ ]   I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*
My current address: _____.
My current employer and my employer's address: _____
_____

*Part III. Certification Regarding Section 522(q)* (check no more than one)
Pursuant to 11 U.S.C. Section 1328(h), I certify that:

[x]   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

[ ]   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350* in value in the aggregate.

* Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*
I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  8/4/2020                              *Sharon D. Atwell*
                    Date                                   Sharon D. Atwell, Debtor