UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No. 16 - 15878 |
| Sharon & Fitzroy Atwell | : | (Chapter 13) |
| Debtors. | : | |
| | : | Hon. Ashely M. Chan |
| | : | |

# ORDER

AND NOW, upon consideration of Debtors' Motion to Modify Plan After Confirmation, and after a hearing therefor, it is hereby ORDERED that

a) Debtors' Motion to Modify Plan After Confirmation is GRANTED;

b) Debtors are granted leave to modify their Chapter 13 Plan consistent with this Order within ten (10) days of this Order.

DATE:                                              BY THE COURT:

**Date: November 17, 2020**

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Judge