United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sharon Atwell  
Fitzroy Atwell  
    Debtor(s)

Case No. 16-15878-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 3  
Date Rcvd: Dec 16, 2020      Form ID: 138NEW      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sharon Atwell, Fitzroy Atwell, 6523 W. Girard Avenue, Philadelphia, PA 19151-3720 |
| 13778719 | + | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422-0287 |
| 13778720 | | Capital One, Po Box 30285, Po Box 62180, Salt Lake City, UT 84130 |
| 13778723 | + | Convergent Heathcare Recovery, 121 Ne Jefferson St, Suite 100, Peoria, IL 61602-1229 |
| 13778724 | | First Premier Bank, 601 S Minneaplois Ave, Dious FDalls, SD 57104 |
| 13778725 | + | Freedom Cu, 626 Jacksonville Rd Ste, Warminster, PA 18974-4872 |
| 13778727 | + | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 13778728 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Mtr, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 14336290 | + | Toyota Motor Credit Corporation, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 13794348 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13849178 | + | U.S. Bank National Association, not in, its individual capacity, but solely, as legal title trustee for BCAT 2016-18T, c/o Selene Finance LP, 9990 Richmond Ave. Ste 400 South Houston, TX 77042-4546 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 17 2020 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 17 2020 03:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 17 2020 03:44:25 | Capital One Auto Finance, P.O. Box 201347, Arlington, TX 76006-1347 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 17 2020 03:33:55 | Capital One Auto Finance c/o AIS Portfolio Service, P.O. BOX 4360, Houston, TX 77210-4360 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:33:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13778718 | + | Email/Text: bkrpt@retrievalmasters.com | Dec 17 2020 03:52:00 | AMCA/Amer Medical Collection Agency, 4 Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 13778717 | + | Email/Text: autopaybk@autopay.com | Dec 17 2020 03:53:00 | Ac Autopay, 1147 N Broadway Ste 100, Denver, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | CO 80203-2106 |
| 13835485 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM  Dec 17 2020 03:45:03 | | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13862484 | + | Email/Text: megan.harper@phila.gov  Dec 17 2020 03:53:00 | | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13789684 | + | Email/PDF: acg.acg.ebn@americaninfosource.com  Dec 17 2020 03:39:03 | | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 13778721 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com  Dec 17 2020 03:44:36 | | Capital One Auto Finance, Attn: Bankruptcy Dept, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 13781009 | + | Email/PDF: acg.acg.ebn@americaninfosource.com  Dec 17 2020 03:44:25 | | Capital One Auto Finance, a division of Capital On, P.O. Box 201347, Arlington, TX 76006-1347 |
| 13778722 | | Email/PDF: ais.chase.ebn@americaninfosource.com  Dec 17 2020 03:44:20 | | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 13808166 | + | Email/PDF: cbp@onemainfinancial.com  Dec 17 2020 03:38:56 | | ONEMAIN, 605 MUNN ROAD, FT. MILL, SC 29715-8421 |
| 13778726 | + | Email/PDF: cbp@onemainfinancial.com  Dec 17 2020 03:38:54 | | Onemain Financial/Citifinancial, 6801 Colwell Blvd, Ntsb-2320, Irving, TX 75039-3198 |
| 13930622 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Dec 17 2020 03:39:06 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13842788 | + | Email/Text: JCAP_BNC_Notices@jcap.com  Dec 17 2020 03:52:00 | | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 13778729 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com  Dec 17 2020 03:51:00 | | Verizon, 500 Technology Dr, Suite 500, Weldon Spring, MO 63304-2225 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Raymond Kempinski, Law Office of Raymond Kempinski, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed**

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 16, 2020 | Form ID: 138NEW | Total Noticed: 30 |

**below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor BANK OF AMERICA  N.A. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com |
| RONALD G. MCNEIL | on behalf of Debtor Sharon Atwell r.mcneil1@verizon.net |
| RONALD G. MCNEIL | on behalf of Joint Debtor Fitzroy Atwell r.mcneil1@verizon.net |
| THOMAS I. PULEO | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sharon Atwell and Fitzroy Atwell
       Debtor(s)                                 Bankruptcy No: 16−15878−amc
                                                            Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                    Suite 400
                                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                               For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 12/16/20

                                                                                                  112 − 111
                                                                                               Form 138_new