United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Sharon Atwell<br>Fitzroy Atwell<br>    Debtors | Case No. 16-15878-amc<br>Chapter 13 |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Sharon Atwell, Fitzroy Atwell, 6523 W. Girard Avenue, Philadelphia, PA 19151-3720 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT cwohlrab@raslg.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JEROME B. BLANK | on behalf of Creditor Toyota Motor Credit Corporation paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 20, 2021 | Form ID: 195 | Total Noticed: 1 |

JOSHUA I. GOLDMAN
    on behalf of Creditor BANK OF AMERICA  N.A. Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

RONALD G. MCNEIL
    on behalf of Joint Debtor Fitzroy Atwell r.mcneil1@verizon.net

RONALD G. MCNEIL
    on behalf of Debtor Sharon Atwell r.mcneil1@verizon.net

THOMAS I. PULEO
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as legal title trustee for BCAT 2016-18TT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:   : Chapter 13

Sharon Atwell and Fitzroy Atwell   : Case No. 16−15878−amc

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , January 20, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Ashely M. Chan
    Judge , United States Bankruptcy Court

116
Form 195